# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                          **CASE NO: 8:09-MC-71-T-30EAJ**

**PATRICIA T. METROVICH,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. The Court has been advised by

Plaintiff's counsel that all matters in this case has been resolved. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed.

2.      Any pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 2, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**COPIES TO**</u>:
Counsel/Parties of Record

*F:\Docs\2009\09-mc-71.dismissal.wpd*